Case 4:14-cv-05002-SMJ    ECF No. 361    filed 10/21/20    PageID.8550   Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SALINA SAVAGE, qui tam as Relator; and SAVAGE LOGISTICS LLC, qui tam as Relator,<br><br>                Plaintiffs,<br><br>v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY; PHOENIX ENTERPRISES NORTHWEST LLC (PENW); PHOENIX-ABC A JOINT VENTURE; ACQUISITION BUSINESS CONSULTANTS; JONETTA EVERANO; JESSICA MORALES; DOES I–IX; INDIAN EYES LLC; and ROXIE SCHESCKE,<br><br>                Defendants. | No.   4:14-cv-05002-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS INDIAN EYES, LLC AND ROXIE SCHESCKE UNDER FED. R. CIV. P. 41(a)(2)** |

On October 16, 2020, Plaintiffs Salina Savage and Savage Logistics, LLC and Defendants Indian Eyes, LLC and Roxie Schescke filed a Stipulated Motion to Dismiss, ECF No. 355. Under 31 U.S.C. § 3730(b)(1), the United States' consent is required before dismissal of the action. The United States consents to the dismissal

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS INDIAN EYES, LLC AND ROXIE SCHESCKE UNDER FED. R. CIV. P. 41(a)(2) – 1

of Indian Eyes, LLC and Roxie Schescke from the action as long as dismissal is without prejudice to the United States. ECF No. 356.

Consistent with their agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiffs Salina Savage and Savage Logistics, LLC and Defendants Indian Eyes, LLC and Roxie Schescke's Stipulated Motion to Dismiss, **ECF No. 355**, is **GRANTED**.

    **2.**    All claims brought against Indian Eyes, LLC and Roxie Schescke in the above-captioned are hereby **DISMISSED WITH PREJUDICE** as to Relator/Plaintiffs and **DISMISSED WITHOUT PREJUDICE** as to the United States, without an award of costs or fees to any party.

//
//
//
//
//
//
//
//
//
//

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS INDIAN EYES, LLC AND ROXIE SCHESCKE UNDER FED. R. CIV. P. 41(a)(2) – 2

3.  The Clerk's Office is directed to **AMEND** the caption as follows:

UNITED STATES OF AMERICA ex rel. SALINA SAVAGE, qui tam as Relator; and SAVAGE LOGISTICS LLC, qui tam as Relator,

Plaintiffs,

v.

CH2M HILL PLATEAU REMEDIATION COMPANY; PHOENIX ENTERPRISES NORTHWEST LLC (PENW); PHOENIX-ABC A JOINT VENTURE; ACQUISITION BUSINESS CONSULTANTS; JONETTA EVERANO; JESSICA MORALES; and DOES I–IX,

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge