UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, SALINA SAVAGE, *qui tam* as Realtor, and SAVAGE LOGISTICS LLC, *qui tam* as Relator,<br><br>Plaintiffs,<br><br>v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY, PHOENIX ENTERPRISES NORTHWEST LLC (PENW), PHOENIX-ABC A JOINT VENTURE, ACQUISITION BUSINESS CONSULTANTS, JONETTA EVERANO, JESSICA MORALES, AND DOES I-IX,<br><br>Defendants. | No.   4:14-cv-05002-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the United States' Stipulated Motion to Intervene for Limited Purpose of Settlement and the Parties' Joint Stipulated Motion to Dismiss Pursuant to Fed. R. Civ. P. 41, ECF No. 445. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

ORDER DISMISSING CASE – 1

1. The United States' Stipulated Motion to Intervene for Limited Purpose of Settlement and the Parties' Joint Stipulated Motion to Dismiss Pursuant to Fed. R. Civ. P. 41, **ECF No. 445**, are **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE** as to Relators; **DISMISSED WITH PREJUDICE** as to the United States to the extent of the Covered Conduct as defined in the Settlement Agreement between the Parties; and otherwise **DISMISSED WITHOUT PREJUDICE** as to the United States only.

3. Any pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement, ECF No. 445-1, between the Parties.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 7th day of July 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge